# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-598-DCK

| | |
|---|---|
| MARILYNNE MILLS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412" (Document No. 19) filed August 2, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice to re-file. Plaintiff has failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412" (Document No. 19) is **DENIED WITHOUT PREJUDICE**.

Signed: August 2, 2017

David C. Keesler
United States Magistrate Judge